IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-3128-D

| | |
|---|---|
| DEVONTAY D. MYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SGT. EDWARDS, et al., ) | |
| ) | |
| Defendants. ) | |

On September 21, 2022, Magistrate Judge Jones issued an Order and Memorandum and Recommendation ("M&R") and recommended that the case be dismissed for failure to prosecute and failure to comply with the court's orders [D.E. 73]. Myles did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court ADOPTS the conclusions in the M&R [D.E. 73] and DISMISSES the action. The clerk shall close the case.

SO ORDERED. This 24 day of October, 2022.

                                                JAMES C. DEVER III
                                                United States District Judge