IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-3128-D

| | | |
|---|---|---|
| DEVONTAY D. MYLES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| SGT. EDWARDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ISSUE 1

1. Did defendant Sgt. Brandon Edwards, defendant C/O Philip Campbell, defendant Sgt. Tyriek Taylor, or defendant Lt. James Williams use excessive force against plaintiff Devontay D. Myles on March 29, 2019?

| | | |
|---|---|---|
| Defendant Sgt. Brandon Edwards: | Yes____. | No_X_. |
| Defendant C/O Philip Campbell: | Yes____. | No_X_. |
| Defendant Sgt. Tyriek Taylor: | Yes____. | No_X_. |
| Defendant Lt. James Williams: | Yes____. | No_X_. |

If you answered "No" as to all defendants in Issue 1, the case is over. The jury foreperson should sign and date the verdict form on page two.

If you answered "Yes" as to a defendant in Issue 1, then proceed to page 2 and answer Issue 2 as to that defendant or defendants.

## ISSUE 2

2. If the jury unanimously has decided to award compensatory damages to plaintiff Devontay D. Myles from the relevant defendant, what amount of compensatory damages, if any, does the jury unanimously award plaintiff Devontay D. Myles from that defendant?

Defendant Sgt. Brandon Edwards: $________________________.

Defendant C/O Philip Campbell: $________________________.

Defendant Sgt. Tyriek Taylor: $________________________.

Defendant Lt. James Williams: $________________________.

If you awarded compensatory damages, you may answer Issue 3 as to the relevant defendant.

## ISSUE 3

3. If the jury unanimously has decided to award punitive damages to plaintiff Devontay D. Myles from the relevant defendant, what amount of punitive damages, if any, does the jury unanimously award plaintiff Devontay D. Myles from that defendant?

Defendant Sgt. Brandon Edwards: $________________________.

Defendant C/O Philip Campbell: $________________________.

Defendant Sgt. Tyriek Taylor: $________________________.

Defendant Lt. James Williams: $________________________.

These are our unanimous answers. So sav we all this 9 dav of December. 2024.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.